Heather K. McMillan (SBN 188939)
heather@scmlaw.com
Daniel P. Stevens (SBN 164277)
ken@scmclaw.com
Christopher E. Gavriliuc (SBN 324599)
chris@scmclaw.com
**STEVENS & McMILLAN**
335 Centennial way
Tustin, California 92780
Tel:   (714) 730-1000
Fax:   (714) 730-1067

Attorneys for Plaintiff
MICHAEL GOSZ

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GOSZ,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>RHEEM SALES COMPANY, INC.;<br>RHEEM MANUFACTURING<br>COMPANY;and DOES 1 through<br>50, inclusive,<br><br>　　　　　　Defendants. | Case No. 8:22-cv-00085-SPG-JDEx<br><br>Assigned To:<br>District Judge: Hon. Sherilyn Peace Garnett<br>Magistrate Judge: Hon. John D. Early<br><br>**NOTICE OF SETTLEMENT OF ENTIRE ACTION**<br><br>Action Filed:　　November 10, 2021<br>Removed:　　　　January 14, 2022<br>Final Pretrial Conf:  September 22, 2023 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

NOTICE OF SETTLEMENT OF ENTIRE ACTION

**TO THE HONORABLE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that the above-captioned matter has been settled in its entirety.

The parties are awaiting confirmation from Medicare that they will not be asserting a lien on the settlement. The parties anticipate receiving that confirmation within 60 to 90 days. The parties ask the court to retain jurisdiction until that confirmation is received.

It is hereby requested that the Court vacate the Final Pretrial Conference currently scheduled for September 22, 2023 at 10:30 a.m. and all other related dates.

The Parties anticipate filing a Stipulation and Proposed Order for Dismissal immediately after receipt of confirmation from Medicare.

DATED: January 13, 2023        STEVENS & McMILLAN

By: */s/ Christopher E. Gavriliuc*
DANIEL P. STEVENS
HEATHER K. McMILLAN
CHRISTOPHER E. GAVRILIUC
Attorney for Plaintiff
MICHAEL GOSZ

**CERTIFICATE OF SERVICE**
*Michael Gosz v. Rheem Sales Company, Inc., et al.*
USDC Case No. 8:22-cv-00085-JLS-JDEx

I am over the age of 18 and not a party to the within action. I am employed in the County of Orange, State of California; my business address is 335 Centennial Way, Tustin, California 92780.

On the date set forth below, I served on all interested parties in this action the foregoing document described as: **NOTICE OF SETTLEMENT OF ENTIRE ACTION** to the persons and addresses as stated below:

> Allison V. Saunders
> Paul Suh
> FORD & HARRISON LLP
> 350 South Grand Avenue, Suite 2300
> Los Angeles, CA 90071
> Tel: (213) 237-2400; Fax: (213) 237-2401
> asaunders@fordharrison.com
> psuh@fordharrison.com
> ktaylor@fordharrison.com
>
> ***Attorneys for Defendants RHEEM SALES COMPANY, INC. and RHEEM MANUFACTURING COMPANY***

[X]  **BY CM/ECF:** With the Clerk of the United States District Court of California using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the parties and counsel of record who are registered with the Court's CM/ECF System.

[X]  I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made.

[X]  I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on January 13, 2023 at Tustin, California.

*/s/ Stacey Craun*
Stacey Craun